FILED

10/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0319

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 23-0319

JANICE M. DODDS )
)
    Plaintiff and Appellant, )
)
    v. ) **ORDER GRANTING**
) **UNOPPOSED MOTION TO**
) **DISMISS APPEAL AS TO**
GREGORY S. TIERNEY, M.D., ) **BENEFIS HEALTH SYSTEM,**
BENEFIS HEALTH SYSTEM, and, ) **INC.**
JOHN and JANE DOES I-IV, )
)
    Defendants and Appellee. )

Pursuant to the Unopposed Motion to Dismiss Appeal as to Benefis Health System, Inc. and for good cause appearing, IT IS HEREBY ORDERED that Defendant and Appellee, Benefis Health System, Inc., ("Benefis"), is dismissed from the above referenced appeal with prejudice, with each side to bear their own costs and fees.

Accordingly, the appeal may proceed only with respect to Appellant's claims against Appellee Gregory S. Tierney, M.D.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

cc:    Julie A. Lichte
       John Seidlitz
       Gary Kalkstein

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 16 2023